AOC INTERNATIONAL, LTD., ET AL., PLAINTIFFS *v.*
UNITED STATES, ET AL., DEFENDANTS

Consolidated Court No. 92–06–00367

(Dated April 19, 1995)

## JUDGMENT

RESTANI, *Judge:* This matter is before the court following remand. *See AOC International, Ltd. v. United States,* Slip Op. 94–189 (Dec. 12, 1994) ("AOC"). Plaintiffs continue to challenge the margin assigned to them as best information available. For the reasons set forth in *AOC,* the court hereby sustains the remand determination of the Department of Commerce.